**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-1432**

———————

JEFFREY TRUEMAN,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA, a/k/a United States (U.S.) Government, a/k/a Barack H. Obama, II, President of U.S.A., Commander-In-Chief, U.S. Armed Forces; ERIC SHINSEKI, U.S. Secretary, Department of Veterans Affairs (DVA); LORETTA E. LYNCH, U.S. Attorney General (USAG), Department of Justice (DOJ); RICHARD J. GRIFFIN, Acting Inspector General DVA-IG; E. J. MCQUADE, DVA-Veterans Benefits Administration (BVA) Manager, Regional Office Winston-Salem North Carolina; ELIZABETH GOOLSBY, Director, DVA-Medical Center, Fayetteville, North Carolina; BOBBY J. KIRBY, Special Agent, DVA-IG Columbia, South Carolina,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, Senior District Judge. (7:12-cv-00073-F)

———————

Submitted: August 27, 2015          Decided: August 31, 2015

———————

Before GREGORY, AGEE, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jeffrey Trueman, Appellant Pro Se.  Joshua Bryan Royster, OFFICE

OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Trueman appeals several district court orders denying temporary restraining orders and preliminary injunctions and dismissing his claims against the United States and several Government officials. We have reviewed the record and find no reversible error. Accordingly, we grant Trueman's motions for judicial notice and affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3